| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7005703 | DATE 03/21/2022 |
|---|---|---|---|---|---|
| NAME WILLIAMS, Lamar Van | | OFFICER Andrea L. Brand | JUDGE Stephen J. Murphy, III | | DOCKET # 21-CR-20586-01 |
| ORIGINAL SENTENCE DATE 10/02/2020 COMMENCED 08/20/2021 EXPIRATION 08/19/2024 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 6 | PHOTO | |

**REPORT PURPOSE**

**REQUEST TO MODIFY CONDITIONS**

**RECOMMENDATION**

**MODIFICATION**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute a Quantity of a Substance Containing a Detectable Amount of Fentanyl

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 24 months, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Karen K. Caldwell, Eastern District of Kentucky at Lexington. Jurisdiction accepted by the Honorable Stephen J. Murphy, III on September 15, 2021.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and must submit to periodic drug and alcohol testing at the direction and discretion of the probation officer during the term of supervision. Said program may include one or more cognitive behavioral approaches to address criminal thinking patterns and antisocial behaviors. You must pay for the cost of treatment services to the extent you are able as determined by the probation officer.
2. You must not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to controlled substances, except as prescribed by a physician, and must not frequent places where controlled substances are illegally sold, used, distributed or administered.
3. You must abstain from excessive use of alcohol.
4. You must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH<br>THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>**Eastern District of Michigan**<br>(Rev. 10/99) | PACTS<br>7005703 | DATE<br>03/21/2022 |
|---|---|---|---|---|
| **NAME**<br>WILLIAMS, Lamar Van | | **OFFICER**<br>Andrea L. Brand | **JUDGE**<br>Stephen J. Murphy, III | **DOCKET #**<br>21-CR-20586-01 |

5. You must submit your person, property, house, residence, or vehicle to a search conducted by a United States probation officer. Failure to submit to a search will be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.
6. You must provide to the USPO, within 7 (seven) days of release from the custody of the Bureau of Prisons, a written report, in a form the USPO directs, listing each and every prescription medication in your possession, custody or control. The list must include, but not be limited to, any prescription medication that contains a controlled substance and encompasses all current, past and outdated or expired prescription medications in your possession, custody, or control at the time of the report.
7. You must notify the USPO immediately (i.e., within no later than 72 hours) if you receive any prescription for a medication containing a controlled substance during the period of supervised release. You must provide the USPO such documentation and verification as the USPO may reasonably request and in a form the USPO direct.
8. You must comply strictly with the orders of any physician or other prescribing source with respect to use of all prescription medications.
9. You must report any theft or destruction of your prescription medications to the U.S. Probation Officer within 72 hours of the theft or destruction.
10. Should you not complete a GED while in the custody of the Bureau of Prisons, you are to continue in such a program, as directed by the probation office, as a condition of supervision.

Criminal Monetary Penalty:  Special Assessment $100.00 (Paid).

## PETITIONING THE COURT
To modify the condition(s) of supervised release as follows:

**ADD:**

"As a condition of supervised release, the defendant shall be placed at a residential reentry center for a period up to 180 days. Subsistence is waived. While at the residential reentry center (RRC), the defendant shall be allowed to earn social time if in compliance with all facility criteria and probationary standards, if necessary."

On February 24, 2022, WILLIAMS signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, to include RRC for a period up to 180 days.

## CAUSE

WILLIAMS has violated the mandatory condition "The defendant shall not unlawfully possess a controlled substance." On September 2, 2021; November 8, 2021; January 3, 2022, and more recently March 8, 2022, WILLIAMS submitted positive urine samples for marijuana. This matter was reported to the Court on February 22, 2022.  On September 25, 2021, he completed an initial substance abuse assessment at Shanle

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>**Eastern District of Michigan**<br>(Rev. 10/99) | PACTS<br>7005703 | DATE<br>03/21/2022 |
|---|---|---|---|---|
| **NAME**<br>WILLIAMS, Lamar Van | | **OFFICER**<br>Andrea L. Brand | **JUDGE**<br>Stephen J. Murphy, III | **DOCKET #**<br>21-CR-20586-01 |

Psychological Services.  It was recommended that he attend monthly treatment sessions along with monthly drug testing.

WILLIAMS has violated Standard Condition Number 7:  "You must work full-time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change."

Since the inception of supervised release on August 20, 2021, WILLIAMS has been employed with three different employers.

In response to violating his supervised release with drug use and to unemployment, it is the recommendation of the United States Probation Department that the offender's conditions be modified to include up to 180 days confinement at a Residential Reentry Center (RRC), if necessary. The offender will be placed in the RRC, if he continues to submit positive urine samples and fails to secure legal employment.

It is hoped that the offender's placement in the RRC will provide a more structured environment, which will include regular drug testing, obtaining, and maintaining employment, as well as encouraging and promoting a stable lifestyle. This matter has been discussed with the offender and after having been advised of his right to consult with counsel, he has agreed to the modification of his conditions of supervised release and has signed the attached Probation 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release.  This writer believes that residing in a residential reentry center will provide a controlled environment, which will restrict his access to illegal drugs and hold him more accountable for his activities.

The probation department will monitor the offender and his progress in the community. If the offender fails to comply with the rules and regulations set forth by the Court and/or the RRC, the Court will be notified with an appropriate recommendation.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on March 3, 2022, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below, and return this correspondence to the probation department.  If your Honor does not agree, please indicate below, and direct the probation department as to how the Court wishes to proceed.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7005703 | DATE 03/21/2022 |
|---|---|---|---|---|
| **NAME** WILLIAMS, Lamar Van | | **OFFICER** Andrea L. Brand | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 21-CR-20586-01 |

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| **PROBATION OFFICER** s/Andrea L. Brand/lat 313 234-5133 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Steven M. Ely 313 234-5583 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X] Modification as Noted Above

[ ] Other

s/Stephen J. Murphy, III
United States District Judge

3/22/2022
Date

PROB 49
(9/18)

# United States District Court

Eastern District of Michigan

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

☒ I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

"As a condition of supervised release, the defendant shall be placed at a residential reentry center for a period up to 180 days. Subsistence is waived. While at the residential reentry center (RRC), the defendant shall be allowed to earn social time if in compliance with all facility criteria and probationary standards, if necessary."

Witness _____Andrea Brand_____
(U.S. Probation Officer)

Signed _____Lamar Van Williams_____
(Probationer or Supervised Releasee)

2/24/2022
(Date)